IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TUTOR PERINI CORPORATION, | § | |
| | § | No. 504, 2017 |
| Defendant/Counterclaimant-Below, Appellant, | § | |
| | § | |
| | § | |
| v. | § | Court Below: |
| | § | Chancery Court of the |
| GREENSTAR IH REP, LLC, | § | State of Delaware |
| | § | |
| Plaintiff-Below, Appellee, | § | |
| | § | C.A. No. 12885-VCS |
| and | § | |
| | § | |
| GARY SEGAL, | § | |
| | § | |
| Plaintiff/Counterclaim-Defendant-Below, Appellee. | § | |

Submitted: May 9, 2018
Decided: May11, 2018

Before **VALIHURA**, **SEITZ** and **TRAYNOR**, Justices.

# **O R D E R**

This 11th day of May 2018, the Court, having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of, and for the reasons assigned by the Court of Chancery in its Memorandum Opinion dated October 31, 2017 and Final Order and Judgment dated November 15, 2017;

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Court of Chancery be, and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice